[No. 65669-4-I. Division One. January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE C. KUIT, *Appellant*.

 *Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Lau, JJ.

[No. 65716-0-I. Division One. January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. QUOC K. LU, *Appellant*.

 *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Spearman, JJ.

[No. 65740-2-I. Division One. January 30, 2012.]

PUGET SOUND ELECTRICAL WORKERS HEALTH TRUST AND VACATION PLAN ET AL., *Respondents*, v. MCKENZIE ROTHWELL BARLOW & KORPI, PS, ET AL., *Appellants*.

 *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 65822-1-I. Division One. January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE HAMLET, JR., *Appellant*.

*Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Ellington, JJ.